UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REBA WITHROW, | ) | CASE NO. 1:23-CV-1054 |
| | ) | |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| BREAD FINANCIAL, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

On August 24, 2023, a Joint Notice of Settlement (Doc. No. 11) was filed by the parties notifying the Court that the parties have reached a settlement. In light of the parties' representation that the matter has settled, the docket shall be marked "dismissed without prejudice."

On or before October 10, 2023, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order. The Case Management Conference set for August 29, 2023, is cancelled.

IT IS SO ORDERED.

Date: August 25, 2023

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE